JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CESAR A. BATRES, an individual, MARIA DEPEREZ, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HMS HOST USA, INC., a Delaware Corporation; HOST INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: SACV 10-01458-CJC(AJWx)<br><br><br><br>JUDGMENT |

On August 23, 2010, plaintiffs Cesar Batres and Maria DePerez (together, "Plaintiffs") filed a class action suit against HMS Host USA, Inc. in the Superior Court of California, County of Orange, Case No. 30-2010-00401732-CU-OE-CXC. The case was removed to the Central District of California on September 27, 2010, and assigned to Judge Cormac J. Carney. On December 8, 2010, Plaintiffs clarified the identity of the defendants involved as including both HMS Host USA, Inc. and

1  Host International, Inc. (collectively, "Host"). On December 9, 2010, Plaintiffs filed
2  their First Amended Complaint. Then, on April 18, 2012, Plaintiffs filed a Second
3  Amended Complaint. The Court granted Host's motion to dismiss the Second
4  Amended Complaint on May 31, 2012, but allowed Plaintiffs to amend.

6  In response, Mr. Batres, on behalf of himself and all nonexempt, hourly, non-
7  union employees who were employed by Host in California between August 23, 2008
8  and the present and who exercised meal credits provided by Host, then filed his Third
9  Amended Complaint on June 19, 2012. In it, he alleged: 1) failure to pay hourly
10 wages including overtime; 2) failure to timely pay wages; 3) knowing and intentional
11 failure to comply with itemized employee wage statement provisions; 4) violations of
12 the Unfair Competition Law; and 5) violation of Labor Code § 2698, *et seq*.

14 On July 30, 2012, Host filed a motion for summary judgment as to each of the
15 claims in the Third Amended Complaint. On September 10, 2012, the Court, having
16 considered all material filed in support of and in opposition to this summary judgment
17 motion, granted Host's motion for summary judgment in its entirety and the case was
18 terminated.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDICATED that all claims asserted in the Third Amended Complaint are dismissed with prejudice, on the merits and in their entirety, judgment is entered in favor of Host, and Host shall recover its costs.

IT IS SO ORDERED.

DATED: September 25, 2012

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE